KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MORGAN EARLY #10104
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Morgan.Early@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 31 2019
at 9 o'clock and 00 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) MAG. NO. 19-00754 KSC |
|---|---|
| Plaintiff, | ) CRIMINAL COMPLAINT; |
|  | ) AFFIDAVIT |
| v. | ) |
| GEORGE ALEXIS THEROS, | ) |
| Defendant. | ) |

**CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

<u>Engaging in Illicit Sexual Conduct in Foreign Places</u>
(18 U.S.C. § 2423(c))

On an exact date unknown, but from in or around and between May and June 2019, GEORGE ALEXIS THEROS, the defendant, a United States citizen, did travel in foreign commerce, and did reside, either temporarily or permanently, in a foreign country, and did engage in illicit sexual conduct with another person, as defined in Title 18, United States Code, Section 2423(f).

All in violation of Title 18, United States Code, Section 2423(c).

I further state that I am a Special Agent with Homeland Security Investigations, and that this Complaint is based upon the facts set forth in the attached "Special Agent's Affidavit in Support of a Criminal Complaint," which is incorporated herein by reference.

PAUL MALANA
Complainant

Subscribed to and sworn before me on July 29, 2019 at Honolulu, Hawaii.

WES R. PORTER
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. |
| ) | |
| Plaintiff, ) | AFFIDAVIT IN SUPPORT OF |
| ) | CRIMINAL COMPLAINT |
| v. ) | |
| ) | |
| GEORGE ALEXIS THEROS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**INTRODUCTION**

1. This affidavit is submitted for the purpose of establishing probable cause that on an exact date unknown, but from in or around and between May and June 2019, GEORGE ALEXIS THEROS ("THEROS"), a United States citizen, traveled in foreign commerce, and resided, either temporarily or permanently, in a foreign country, and engaged in illicit sexual conduct with another person, in violation of 18 U.S.C. § 2423(c).

2. I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS). I am assigned to the Special Agent in Charge, in Honolulu, Hawaii. I have been employed with HSI

since June 2000. I successfully completed the Customs Basic Enforcement School, which is now called the Immigration and Customs Enforcement Special Agent Training, at the Federal Law Enforcement Training Center, in August 2000. During the course of my work as a Special Agent, I have investigated and received training for cases involving child sex trafficking, child pornography, and child sex crimes. The information set forth below is based on my own investigation and/or on conversations I have had with other law enforcement officers, and my review of records and documents in this case.

3. This affidavit is intended to show merely that there is sufficient probable cause for the criminal complaint charging Defendant with a violation of federal law. Accordingly, this affidavit does not set forth all of the facts and circumstances known to me, Homeland Security Investigations, or the Department of State, regarding this matter. Summaries and statements from conversations do not include references to all topics covered in the conversations. This affidavit is not intended to include each and every fact and matter observed or known to the government.

## PROBABLE CAUSE

4. On approximately July 3, 2019, HSI in Honolulu, Hawaii, received a request from law enforcement partners in Panama relating to an investigation into possible illegal conduct by THEROS. Federal agents with the Department of State,

working in conjunction with Panama law enforcement officers, also obtained witness statements and evidence relating to the investigation. Law enforcement checks confirmed that THEROS is a United States citizen born in 1943, and he is currently 76 years old.

5. Federal agents learned that on or about June 24, 2019, law enforcement in Panama obtained a written statement from G.J., an adult living in Panama. G.J. reported an incident involving THEROS and a minor female ("MF1"), who was 14 years old. G.J. reported that in or around April 2019, G.J. accepted THEROS as a crew member for his boat, through a website in which users can connect to potential crew members. G.J. reported that THEROS claimed to be MF1's father. Sometime in June 2019, an exact date unknown, G.J.'s girlfriend witnessed THEROS engaged in apparent sexual activity with MF1 on the boat located in or around Panama. G.J. reported the incident to the U.S. Embassy in Panama, and was referred to local Panamanian law enforcement and federal agents with the Department of State. Meanwhile, MF1 told one of the female crew members on the boat that she had been sold to THEROS when she was nine years old and living in Thailand, and that THEROS had been in a sexual relationship with her since around that time. G.J. and

the female crewmember reported this to Panama law enforcement, and MF1 was taken into protective custody.

5.  The same day, MF1 was interviewed by the Organized Crime Prosecutor Office in Panama with the assistance of a translator for MF1. I have reviewed an English version of the law enforcement report from this interview. MF1 reported that her family—including her siblings and parents—still live in Thailand. When she was approximately ten years old (in or around 2014), her sister met THEROS in a karaoke bar in Thailand, and THEROS later met MF1. THEROS visited the girls' parents, and told them that he "liked" them both, and wanted to "adopt" them. THEROS then paid MF1's parents a sum of money, and took the girls in "adoption." MF1 and her older sister then moved in with THEROS in his home nearby in Thailand. MF1 reported that THEROS started to have sex with her older sister, then tried to have sex with MF1. MF1 stated that she refused in the beginning because she does not like him and it was painful, but THEROS became angry and forced her to have sex with him. THEROS did not use contraceptives when he sexually abused MF1. MF1 reported that THEROS would also force her to perform oral sex on him. On occasions when she did not want to do what THEROS wanted, he would mistreat her with physical abuse, including beating her body.

6.  MF1 further stated that in or around March 2019, THEROS left Thailand with MF1 and ultimately traveled to Panama, where the boat was located.

4

According to MF1, THEROS obtained a document that MF1's parents signed, which THEROS then used to travel with MF1 to Panama. THEROS promised to take MF1 to Hawaii, but MF1 did not have a visa, and THEROS told her she could not fly into the United States. THEROS found the boat in or around Panama to work on as a crew member, and planned to transport himself and MF1 to Hawaii. During the time that THEROS and MF1 stayed on this boat, MF1 reported that THEROS had sex with her two times. Also during their time on the boat, MF1 reported she used THEROS' cellphone to call her father, and when THEROS learned of the call, he was upset with MF1.

7. G.J. reported to law enforcement that he exchanged written messages with THEROS after the incidents described above. At some point after G.J.'s girlfriend witnessed sexual contact between THEROS and MF1, THEROS left Panama without MF1 and fled to Thailand. At the time some of these messages were sent, THEROS had already fled from Panama. G.J. provided an export of these written messages to law enforcement, including the following message he received dated June 28, 2019, at 12:07:05pm:

> Dear [G.J.], I have been thinking about your up-coming trip to theSouth Pacific. I think that it would be fool-hardy for you toattempt that voyage without an engineer on board. As you know, theArc En Ciel has a history of failures due to age, lack of maintenance, andpoor workmanship. You.certainly do not want to repeat the Galapagos fiasco. I would like to put the past aside and rejoin the crew as

5

engineer, and, of course, I want [MF1] to.accompany me. As.a.lawyer, is there anyway to reverse.the unfortunate events of the past 3 weeks? Can you, [adult female] and [adult female] reverse your testimony

...

or refuse to testify? Can.you say that the translation app. in yourphone was not accurate? I know that you do.not approve of my relationship with [MF1], she and I truly love each other and are not self-conscienous aboutour age difference. Besides, we have a Marriage Contract signed by her parents. The fact is, I am [MF1]'s sole benefactor and the ony person who truly cares for her. If I go to prison, there will be no one to look-after [MF1], and she will surely be condemned to a life of poverty, prostitution and raising father-less children. Let's work together to get [MF1] and I back on board the Arc En.Ciel by convincing the District Attorney that the whole thing was a big misunderstanding and that [MF1] is.better-off in my custody. Furthermore, convince the Prosecutor that I was obliged to return to Thailand on an.emergency, and that I temporarily left [MF1] in.your care. My obligations here inThailand have.been met, and I am now prepared to return to Panama to re-assume responsibilty for. [MF1]. [G.J.], Let's dispose of this matter, weigh anchor, and get.underway. Aloha, George

8. On July 24, 2019, THEROS arrived at the Honolulu International Airport on a flight from Thailand, and HSI agents performed a border search of his belongings. During the course of the border search, law enforcement found a handwritten note referencing MF1 by name in a notebook, that appeared to reference

6

the fact that MF1 had spoken to law enforcement. Agents also found photos on one of THEROS's digital devices that appears to be MF1.

9. On July 24, 2019, in Thailand, federal agents located and interviewed the parents of MF1. Through the use of translators, MF1's parents confirmed the following details to law enforcement. The parents had known THEROS for five years, and he owns a six acre fruit farm in the same village where they live. He met their older daughter when she was thirteen, in a karaoke bar. He proceeded to meet the whole family, including MF1, when she was nine years old. Because the family was Cambodian, they had trouble getting access to schools in Thailand. THEROS began to pay for things for the family, including transportation, tuition, books, and uniforms. THEROS also started to support the parents and daughters with medical/dental payments and expenses. The girls eventually started calling THEROS "father," and MF1 and her older sister moved into his home.

10. MF1's older sister stated that THEROS currently gives her money, approximately $200 U.S. dollars each month. She denied having a sexual relationship with THEROS, and denied knowing whether he had a relationship with MF1. She also drove a green BMW that she said THEROS had gifted to the family,

which he brought to them from the United States. Agents took photographs of this car.

11. According to MF1's parents, THEROS eventually stated he wanted to bring MF1 to Hawaii to give her a better education. After trying to obtain documents from a Thai municipal authority, they struggled to figure out a way for MF1 to travel with THEROS, so he drafted a letter and asked them to sign it. The parents admitted they did not know what this document said. They explained THEROS took MF1 to Panama in April 2019, and stated they last heard from MF1 three months ago, and that they did not know what was going on. They had seen THEROS back in Thailand without MF1, which made them upset, but THEROS explained that he would meet MF1 in Hawaii after she arrived. When the parents were asked what would happen if MF1 returned to Thailand, they reported that MF1 and her older sister would continue to live with THEROS.

12. THEROS appears to have residential ties to Maui and also to Thailand. Federal agents performed additional searches of property records in Hawaii, and discovered multiple properties located on Maui that are associated with THEROS. In 2015, THEROS submitted a passport renewal application, and under "Permanent Address," he listed an address located on Maui. This address is the same as one of the addresses associated with THEROS in property records. THEROS also has a Hawaii Driver's License that was issued in May 2017, expired recently in July 2019,

and lists an address in Maui. The address listed on this Driver's License is not the same one listed on his passport application, but is one of the Maui addresses associated with THEROS in property records.

13. Federal agents also located the profile for THEROS on the website in which users can connect to potential crew members, which is the forum G.J. reportedly used when he THEROS. In the profile for THEROS, there is an Introduction section, which states: "I was raised in Hawaii and have been a waterman since childhood, sailing, surfing, free-diving, SCUBA diving and fishing. I am 75 years old...My soon to be 14 year-old daughter and I wish to visit Central America, and then sail back to Maui, Hawaii."

//
//
//
//
//
//
//
//
//
//

## **CONCLUSION**

Based on the foregoing, I believe there is probable to believe that GEORGE ALEXIS THEROS committed the violation of federal law set forth above.

Respectfully submitted,

*(signature)*

PAUL MALANA
Special Agent
Homeland Security Investigations

Subscribed and sworn before me this 29th day of July, 2019. Based upon the foregoing, the undersigned Judicial Officer finds that there is probable cause to believe that defendant above-named committed the crimes charged in the Criminal Complaint, this 29th day of July, 2019.

*(signature and seal of United States District Court, District of Hawaii)*

WES R. PORTER
UNITED STATES MAGISTRATE JUDGE
District of Hawaii