KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MORGAN EARLY #10104
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Morgan.Early@usdoj.gov


Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG NO. 19-00754 KSC |
| | ) |
| Plaintiff, | ) MOTION TO DETAIN DEFENDANT |
| | ) PENDING TRIAL |
| v. | ) |
| | ) |
| GEORGE ALEXIS THEROS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION TO DETAIN DEFENDANT PENDING TRIAL**

The United States hereby moves to detain George Alexis THEROS pending trial, pursuant to 18 U.S.C. § 3142.

1. **Eligibility of Case**. This Defendant is eligible for detention because the case involves (check all that apply):

    ___   a.   Offense committed on release pending felony trial (3142(d)(1)(A)(i))*

    ___   b.   Offense committed on release pending imposition, execution, or appeal of sentence, conviction or completion of sentence (3142(d)(1)(A)(ii))*

    ___   c.   Offense committed while on probation or parole (3142(d)(1)(A)(iii))*

    ___   d.   A citizen of a foreign country (3142(d)(1)(B))*

    ___   e.   Crime of violence (3142(f)(1)(A))

    ___   f.   Maximum sentence life imprisonment or death (3142(f)(1)(B))

    ___   g.   10+ year drug offense (3142(f)(1)(C))

    ___   h.   Felony, with two prior convictions in above categories (3142(f)(1)(D))

    **X**   i.   Felony not otherwise a crime of violence involving a minor victim (3142(f)(1)(E))

    ___   j.   Felony not otherwise a crime of violence involving the possession or use of a firearm, destructive device, or dangerous weapon (3142(f)(1)(E))

    ___   k.   Felony not otherwise a crime of violence involving a failure to register under 18 U.S.C. § 2250 (3142(f)(1)(E))

    **X**   l.   Serious risk Defendant will flee (3142(f)(2)(A))

    **X**   m.    Danger to other person or community (3142(e)(1), (d)(2), and (g)(4))

    **X**   n.    Serious risk obstruction of justice (3142(f)(2)(B))

    **X**   o.    Serious risk of threat, injury, or intimidation of prospective witness (3142(f)(2)(B))

    \*   requires "l" or "m" additionally

2. **Reason for Detention**. The court should detain Defendant:

    **X**   a.    Because there is no condition or combination of conditions of release which will reasonably assure Defendant's appearance as required (3142(e)(1))

    **X**   b.    Because there is no condition or combination of conditions of release which will reasonably assure the safety of any other person and the community (3142(e)(1) and (g)(4))

3. **Rebuttable Presumption of Detention.** Subject to rebuttal by the person, it shall be presumed that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community if the judicial officer finds that there is probable cause to believe that the person committed:

    **X**   a.    an offense involving a minor victim under section 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, **2423**, or 2425 of this title.

3

4. **Time for Detention Hearing**.

   The United States requests that the court conduct the detention hearing:

       ___  a.    At first appearance

       **X**  b.    After a continuance of three (3) days

5. **Other Issues**

   THEROS was arrested on July 30, 2019, pursuant to a Criminal Complaint, which sets forth probable cause that he violated 18 U.S.C. § 2423(c). The government will submit additional information relevant to the issue of detention in its forthcoming Memorandum in Support of this motion. THEROS—a United States citizen—presents a danger to the community, specifically to minor girls both here and abroad, and also presents a substantial risk of flight. He is also prone to tamper with witnesses and obstruct these proceedings.

   There is a presumption of detention in this case, due to the nature of the offense, which relates to THEROS, age 76, engaging in sexual penetration with a fourteen (14) year-old girl (MF1), in a foreign country. As set forth in the Complaint, multiple sources of evidence confirm that THEROS essentially bought MF1 in Thailand, when she was approximately nine or ten years old. THEROS provided payment to MF1's parents, and took her into "adoption" in his home in Thailand, where she lived with him for several years. During this time, THEROS engaged in sex acts with MF1. Only recently did this abuse come to light in

Panama, where THEROS planned to bring MF1 to Hawaii aboard a boat. Crew members on the boat discovered that THEROS was engaging in sexual conduct with MF1, and alerted law enforcement. MF1 then disclosed facts about how she was sold to THEROS in adoption when she was approximately nine or ten years old, a fact corroborated by her parents in Thailand, who were interviewed by law enforcement. MF1's statements about the sexual nature of her relationship with THEROS were further corroborated by text messages THEROS exchanged with crew members on the boat after he abruptly fled Panama, knowing MF1 had disclosed the abuse to authorities.

Section 3142(g) provides that the Court shall "take into account the available information" concerning: (1) "the nature and circumstances of the offense charged, including whether the offense is a crime of violence"; (2) the weight of the evidence against the person; (3) the history and characteristics of the person, including character, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, criminal history, and

//

//

//

record concerning appearance at court proceedings; and (4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

DATED: July 31, 2019, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii


By   /s/ Morgan Early
     MORGAN EARLY
     Assistant U.S. Attorney